**Jean ZEPPI, Appellee**

v.

**PENNSYLVANIA STATE POLICE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 2004.

Decided Dec. 21, 2004.

Thomas Frank Jakubiak, Harrisburg, for Pa. State Police, appellant.

Pasco L. Schiavo, Hazleton, for Jean Zeppi, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

---

***ORDER***

PER CURIAM.

Appeal dismissed as having been improvidently granted.